Case 4:20-cv-01388   Document 23   Filed 02/26/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO MARTINEZ, Individually and on Behalf of Others Similarly Situated<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-1388 |
| DAISY YOSELINE VAZQUEZ and JIMY ALEXANDER GARCIA-OCHOA, Individually and d/b/a J&J ERECTORS, TOTAL MBC, and TOTAL MBE,<br>    Defendants. | § | JURY DEMANDED |

## FINAL DEFAULT JUDGEMENT

The court considered the motion for default judgement filed by Plaintiff Mario Martinez against Defendants Daisy Yoseline Vazquez and Alexander Garcia-Ochoa, Individually and d/b/a J&J Erectors, Total MBC and Total MBE.

After considering the motion, the affidavits, and other evidence on file, the Court GRANTS the motion for default judgement and renders judgement as follows:

A final judgement in favor of Plaintiff Mario Martinez and against Defendants Daisy Yoseline Vazquez and Alexander Garcia-Ochoa, Individually and d/b/a J&J Erectors, Total MBC and Total MBE jointly and severally, as follows:

- $18,870.00 in unpaid wages for Mario Martinez;
- $18,870.00 in liquidated damages for Mario Martinez;
- $5,000.00 for reasonable and necessary attorney's fees; and
- $649.00 for court costs.

Additionally, this Court retains jurisdiction over enforcing this judgement and any future attorney's fees and costs incurred by Plaintiffs, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

All relief not granted herein is denied.

SIGNED on _____February 26_____, 2021.

*George C. Hanks Jr.*
**HONORABLE GEORGE C. HANKS, JR.,
UNITED STATES DISTRICT JUDGE**